EUGENE G. MORRIS, JR., v. J. H. WRAPE.

(Filed 11 April, 1951.)

**Appeal and Error § 40e—**

> The verdict of the jury upon controverted issues of fact is conclusive in the absence of prejudicial error of law committed in the trial of the cause.

APPEAL by plaintiff from *Sharp, Special Judge,* October Term, 1950, of RANDOLPH. No error.

This was an action to recover broker's commission alleged to be due for sale of defendant's real property.

Issues were submitted to and answered by the jury as follows:

"1. Did the defendant agree to pay the plaintiff the sum of $500.00 as a realtor's commission to sell the Mills property for him, as alleged in the complaint? Answer: No.

"2. If so did the plaintiff procure E. C. Bruton as a purchaser, ready, willing and able to purchase the Mills property on defendant's terms? Answer: No.

"3. In what amount, if any, is the defendant indebted to the plaintiff?
Answer: No."

From judgment on the verdict plaintiff appealed.

*Smith & Walker for plaintiff, appellant.*
*Miller & Moser for defendant, appellee.*

DEVIN, J.   The plaintiff assigns error in the ruling of the trial court in
the admission of certain testimony, and in the court's charge to the jury
in the particulars specified.   We have examined each of these assign-
ments of error and are unable to perceive harm to the plaintiff as result
of any of the rulings complained of.

Though the evidence was sharply contradictory, this was submitted to
the jury fairly, and the applicable principles of law arising thereon cor-
rectly stated.   G.S. 1-180; *Gibbs v. Armstrong, ante,* 279, 63 S.E. 2d 551.
The issues of fact raised by the pleadings and the testimony were decided
by the jury against the contentions of the plaintiff, and the result will
not be disturbed.

No error.